UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JB DOE, an individual<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | Case No. 2:24-cv-03601-MEMF-AJR<br><br>**ORDER GRANTING STIPULATION TO SEAL AND FILE REDACTED VERSION OF A PREVIOUSLY FILED DOCUMENT PURSUANT TO FRCP 5.2 [ECF NO. 35]** |

The Court, having considered the parties' Stipulation to Seal and File a Redacted Version of a Previously Filed Document Pursuant to FRCP 5.2, and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. The parties' request to seal Exhibit 1 to First Amended Complaint filed on July 8, 2025, is GRANTED:
2. The Clerk of Court is directed to file the redacted version of the Exhibit 1 to First Amended Complaint, which was submitted along with the Stipulation, as a public record.
3. The unredacted version of the Exhibit 1 to First Amended Complaint filed on July 8, 2025, shall remain under seal as part of the official court record.

**IT IS SO ORDERED.**

Dated: July 23, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

UNITED STATES DISTRICT JUDGE